**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 15-cr-_____-___** |
| | : | |
| **v.** | : | **Magistrate No. 15-MJ-___ (_____)** |
| | : | |
| **GEORGE JONES** | : | **18 U.S.C. § 641 (Public Money, Property** |
| | : | **or Records)** |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

## INFORMATION

### COUNT 1
(Theft of Public Property)

THE UNITED STATES CHARGES THAT:

1.      Beginning in or before April 2013, and continuing through July 2013, within the

District of Columbia and elsewhere, GEORGE JONES, the defendant herein, an Information

Technology contractor working in the Washington, DC, offices of the Securities and Exchange

Commission ("SEC") did knowingly and willfully steal and convert to his own use and the use of

another, and without authority sold and conveyed, property of the SEC, a department and agency

of the United States *to wit*: two Dell laptops that constituted property of the SEC, a model E6410

and a model E6420, with combined values of less than $1,000, in violation of Title 18, United

States Code, Section 641.

### COUNT 2
(Theft of Public Property)

THE UNITED STATES FURTHER CHARGES THAT:

2.      In or about April 2013, within the District of Columbia and elsewhere, GEORGE

JONES, the defendant herein, an Information Technology contractor working in the Washington,

DC, offices of the Securities and Exchange Commission ("SEC") did knowingly and willfully steal and convert to his own use and the use of another, and without authority sold and conveyed, property of the SEC, a department and agency of the United States *to wit*: a Dell laptop model E6410 that constituted property of the SEC, with a value of less than $1,000, in violation of Title 18, United States Code, Section 641.

Respectfully submitted,

ANDREW WEISSMANN
Chief, Fraud Section
Department of Justice, Criminal Division

DATED:     March 30, 2015

By: /s/_____
N. NATHAN DIMOCK
D.C. Bar 487743
Senior Trial Attorney, Fraud Section
United States Department of Justice, Criminal Division
1400 New York Ave., N.W.
Washington, D.C., 20530
Phone: 202-514-0095
Email: Nathan.Dimock@usdoj.gov